NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ROBIN STEELE and SCOTT STEELE,        )
                                      )
        Appellants,                   )
                                      )
v.                                    )        Case No.  2D17-1530
                                      )
U.S. BANK NATIONAL ASSOCIATION,       )
as trustee for Credit Suisse First Boston )
Mortgage Securities Corp., Home Equity )
Asset Trust 2004-7, Home Equity Pass- )
Pass-Through Certificates, Series 2004-7, )
                                      )
        Appellee.                     )
_____ )

Opinion filed July 13, 2018.

Appeal from the Circuit Court for Pinellas
County; Cynthia J. Newton, Judge.

Mark P. Stopa of the Stopa Law Firm, LLC,
Tampa; and Latasha Scott of Lord Scott
PLLC, Tampa, for Appellant.

Alana Zorrilla-Gaston, Dean A. Morande,
and Michael K. Winston of Carlton Fields
Jorden Burt, P.A., West Palm Beach, for
Appellee.


PER CURIAM.


        Affirmed.


LaROSE, C.J., and CASANUEVA and BADALAMENTI, JJ., Concur.